IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CRAYTONIA BADGER                                      PLAINTIFF

v.                             Civil No. 1:18-cv-1052

KELLY BLAIR, Investigator Columbia County,
Arkansas; KOBY SCHMITTON, Investigator
Columbia County, Arkansas; and JANET DELANEY,
Jail Administrator, Columbia County Jail                       DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 24, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 21) be granted and Plaintiff's claims against all Defendants be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of August, 2019.

                                                          /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          Chief United States District Judge